# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

September 15, 2021

**Via ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Alvarez v. Slim Deli Corp. et al
1:21-cv-02550-KAM-RLM

Dear Judge Mann:

This office represents the Plaintiff in the above referenced matter. We are writing in response to the Court's order of August 10, 2021 to advise the Court of the status of this Case.

The undersigned counsel spoke with pro se defendant Yahya Faraa via a translator. Despite having a translator available on the call to explain the initial conference questionnaire in his native Arabic, he again refused to discuss any item in the questionnaire. He stated that he has been attempting to secure counsel, but has still been unable to do so. He did agree to provide documents showing his financial circumstances to facilitate

The parties thank the court for its attention to this matter.

Respectfully Submitted,

 /s 
Clela A. Errington
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc: all parties via ECF