# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

December 13, 2021

**Via ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　Re:　　Alvarez v. Slim Deli Corp. et al
　　　　　　　　　1:21-cv-02550-KAM-RLM

Dear Judge Mann:

　　　This office represents the Plaintiff in the above referenced matter. We are writing in response to the Court's order of December 6, 2021 to advise the Court of the status of this Case.

　　　We had been reaching out to pro se defendant Yahya Faraa for some time regarding the status of his search for representation and production of documents that would facilitate settlement talks. He responded via telephone on December 8, 2021.

　　　At this time, Mr. Faraa advised that he had had an appointment with pro bono counsel for the purpose of representing him during a mediation. This attorney has not filed an appearance nor has this firm heard been contacted regarding this case.

　　　He further stated that he had sought the assistance of a friend to produce documents to Plaintiff's counsel as he himself is not proficient with computers. Mr. Faraa states that this friend has been out of contact with him for some time. To date, the undersigned counsel has not received any documents.

　　　The parties thank the court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____/s_____
　　　　　　　　　　　　　　　　　　　　　　　　Clela A. Errington
　　　　　　　　　　　　　　　　　　　　　　　　CSM Legal, P.C. *Attorneys for Plaintiff*

cc: all parties via ECF