# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                        Telephone: (212) 317-1200
New York, New York 10165                                              Facsimile: (212) 317-1620

February 18, 2022

**Via ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

         Re:     Alvarez v. Slim Deli Corp. et al
                     1:21-cv-02550-KAM-RLM

Dear Judge Mann:

       This office represents the Plaintiff in the above referenced matter. We are writing to respectfully request a two-week extension of time in which to file their settlement agreement and motion for approval pursuant to *Cheeks v. Freeport Pancake House Inc.* 796 F.3d 199 (2015). The reason for this request is that the parties have experienced delays in finalizing the form of the settlement agreement.

       This is the first request of this nature.

       We thank the court for its attention to this matter.

                                                           Respectfully Submitted,

                                                           _____/s_____
                                                            Clela A. Errington
                                                            CSM Legal, P.C.
                                                            *Attorneys for Plaintiff*

cc: all parties via ECF