# CSM Legal, P.C.

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Romualdo Alvarez                                      March 2, 2022

|  |  |  |
|---|---|---|
| File #: | SlimDeli |
| **Attention:** | Inv  #: | Sample |

**RE:**     Alvarez v. Slim Deli Corp.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-29-21 | Inteviewed new client | 1.00 | 450.00 | MF |
| May-01-21 | Drafted complaint | 1.00 | 125.00 | PL |
| May-13-21 | Review file and docket. | 0.70 | 245.00 | CE |
|  | Review complaint for inconsistencies. | 0.50 | 175.00 | CE |
|  | File NOA. | 0.30 | 105.00 | CE |
|  | Damage calculations. | 0.60 | 210.00 | CE |
|  | Consult with PL regarding correction to docket. | 0.10 | 35.00 | CE |
| May-17-21 | Review ECF notifications. | 0.20 | 70.00 | CE |
| Jun-07-21 | Advise client re defendants harassment. | 0.20 | 70.00 | CE |
|  | Case meeting. | 0.10 | 35.00 | CE |
| Jun-14-21 | Phone call with opposing counsel. | 0.20 | 70.00 | CE |
|  | Review file. | 0.30 | 105.00 | CE |

Case 1:21-cv-02550-KAM-RLM   Document 24-2   Filed 03/02/22   Page 2 of 2 PageID #: 90

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Jun-15-21 | Case meeting. | 0.20 | 70.00 | CE |
| | Email correspondence with opposing counsel. | 0.10 | 35.00 | CE |
| Jun-16-21 | Email correspondence with opposing counsel. | 0.30 | 105.00 | CE |
| Jun-17-21 | Review email from opposing counsel and consult with MF | 0.20 | 70.00 | CE |
| | Research re assets of individual defendants. | 1.60 | 560.00 | CE |
| Aug-10-21 | Attend conference. | 0.80 | 280.00 | CE |
| | Preparation  for conference. | 0.50 | 175.00 | CE |
| | Confer w MF. | 0.20 | 70.00 | CE |
| Sep-20-21 | Phone call with pro se defendant. | 0.40 | 140.00 | CE |
| | Review email and letter from pro se defendant. | 0.20 | 70.00 | CE |
| Oct-05-21 | Phone call with pro se office. | 0.30 | 105.00 | CE |
| Dec-13-21 | Draft and file revised motion to withdraw. | 0.40 | 140.00 | CE |
| | Draft and file update letter. | 0.40 | 140.00 | CE |
| Dec-16-21 | Phone call with defendant. | 0.20 | 70.00 | CE |
| Mar-02-22 | Preparation of fairness filing and exhibits. | 0.60 | 0.00 | MF |
| | Totals | 11.60 | $3,725.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Filing Fee | | 402.00 |
| Totals | | $402.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$4,127.00** |
| **Balance Now Due** | **$4,127.00** |