| | |
|---|---|
| **ROANNE L. MANN** <br> **UNITED STATES MAGISTRATE JUDGE** | **DATE:** March 15, 2022 <br> **START:** 10:20 a.m. <br> **END:** 10:42 a.m. |

**DOCKET NO:** 21-cv-2550-KAM-RLM

**CASE** Alvarez v. Slim Deli Corp. et al

| | |
|---|---|
| ☐ INITIAL CONFERENCE | X OTHER/*CHEEKS* HEARING |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| ☐ SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| ☐ MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| Romauldo Alvarez | Clela Alice Errington with plaintiff and Fidel Lozano (interpreter) |

**DEFENDANTS**

| | ATTORNEY |
|---|---|
| Slim Deli Corp. and Yahya Faraa | Jon M. Probstein |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____ **DEF. TO SERVE PL. BY:** _____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing.  Plaintiff and plaintiff's counsel both acknowledge on the record that, given the documentation produced by defendants substantiating their financial distress, the modest settlement sum is reasonable under the circumstances.  Having reviewed the parties' *Cheeks* submissions, the Court has identified no issues with the settlement agreement but for the scope of the general release.  The parties agree to modify the general release in the Settlement Agreement to make it a mutual general release.  By Friday, March 18, 2022, the parties must file a revised settlement agreement (or an addendum thereto) and, if the parties so consent, an executed Section 636 consent form.