**ADDENDUM TO THE SETTLEMENT AGREEMENT**

Case name: Alvarez v. Slim Deli Corp. et al

Case No. 21-cv-02550

Defendants, individually on behalf of their children, spouse, agents, assignees, heirs, executors, administrators, beneficiaries, trustees, and legal representatives, hereby waive, discharge and releases Romualdo Alvarez, his heirs, executors, administrators, attorneys, successors and assigns from any and all actions, causes of action, obligations, liabilities, claims, debts, losses, charges, grievances, complaints, suits and/or demands that Defendants may have, known or unknown, contingent or otherwise, including but not limited to the release of any claims whatsoever from the beginning of time to the date of this agreement, including but not limited to any claims alleged in the Counterclaim.