EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROMUALDO ALVAREZ, *individually and on
behalf of others similarly situated,*

                      *Plaintiff,*

       -against-

SLIM DELI CORP. and YAHYA FARAA ,

           Defendants.

21-CV-2550

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Upon the joint application of all parties to the above-captioned action, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement agreement, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**HEREBY ORDERED AS FOLLOWS:**

1. The duly executed settlement agreement, which includes, among other things, a waiver and release of the Plaintiff's claims pursuant to the Fair Labor Standards Act of 1938, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

2. The settlement agreement is approved as a fair and reasonable disposition of the Plaintiff's claims; and

3. This action, including all claims asserted by the Plaintiff herein, is hereby dismissed with prejudice as against all of the Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

EXHIBIT B

4.   The Court shall retain jurisdiction over this matter to enforce the terms of the parties' settlement agreement, if necessary.

Dated: New York, New York
_____ 2022

_____ 3/22/22
Clela A. Errington, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
*Attorney for Plaintiffs*

_____ 3/18/2022
Yahya Faraa
c/o Slim Deli Corp.
11419 Jamaica Ave
Queens, NY 11418

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE